UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORIGA
MACON DIVISION

| | |
|---|---|
| YOLANDA GRISWELL On Behalf of HERSELF and All Others Similarly Situated,<br><br>    Plaintiff,<br>v.<br><br>CARESOUTH HEALTH SYSTEM, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   COLLECTIVE ACTION<br><br>  CASE NO. 5:16-cv-00431<br><br>  JUDGE TREADWELL |

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff Yolanda Griswell, on behalf of herself and others similarly situated, submits this Notice of Voluntary Dismissal *without prejudice*.

Under Federal Rule 41(a)(1)(i), a plaintiff may voluntarily dismiss an action, without prejudice and without court order, by filing a notice of dismissal "before the opposing party serves either an answer or a motion for summary judgment." To date, Defendant CareSouth Health System, Inc. has filed neither an answer nor a motion for summary judgment. (*See*, *e.g.*, Doc No. 10) (Stipulated Motion for Extension of Time to Answer Complaint, through December 22, 2016).

During this period, the parties have reached an agreement to dismiss this action without prejudice and to consolidate these claims into an earlier-filed collective action in the U.S. District Court for the Middle District of Tennessee—*Sowder v. CHSSA Holdings of Winchester, LLC*, Civil No. 3:16-cv-00906 (M.D. Tenn.)—which raises the same basic factual allegations of CareSouth home health workers performing work in excess of forty hours per week for which

they were not paid overtime, in violation of the Fair labor Standards Act ("FLSA"). Consolidating these claims into the *Sowder* case will allow for the efficient resolution of these FLSA overtime claims within a single judicial forum.

Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff dismisses this action, without prejudice to Plaintiff Griswell and without prejudice to any of the putative plaintiffs who have filed notices of consent in this action.

Dated: December 2, 2016                    Respectfully submitted,

/s/ Jerry E. Martin

**MICHAEL J. MOORE**
Georgia Bar No. 520109
POPE MCGLAMRY, P.C.
3391 Peachtree Road, Suite 300
Atlanta, GA 30326
(404) 523-7706
michaelmoore@pmkm.com

**CHARLES W. BYRD**
Georgia Bar No. 100850
POPE MCGLAMRY, P.C.
1200 6th Avenue
Columbus, GA 31901-2613
(706) 324-0050
chuckbyrd@pmkm.com

**JERRY E. MARTIN***
**Tennessee Bar No. 20193**
**SCOTT P. TIFT***
**Tennessee Bar No. 27592**
BARRETT JOHNSTON
MARTIN & GARRISON LLC
414 Union Street, Suite 900
Nashville, TN 37219
jmartin@barrettjohnston.com
stift@barrettjohnston.com

Telephone: (615) 244-2202
Facsimile: (615) 252-3798

*Admitted Pro Hac Vice*

**PETER WINEBRAKE**
WINEBRAKE & SANTILLO, LLC
715 Twining Road, Suite 211
Dresher, PA 19025
Phone:  (215) 884-2491
Facsimile: (215) 884-2492
pwinebrake@winebrakelaw.com

*Admitted Pro Hac Vice*

*Attorneys for Plaintiff*


### CERTIFICATE OF SERVICE

    I hereby certify that a copy of this *Notice of Voluntary Dismissal Without Prejudice* was filed electronically with the Clerk's office by using the CM/ECF system on December 2, 2016 and thereby served electronically on the following:

Dara L. DeHaven, Esq.
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
191 Peachtree St., NE, Ste 4800
Atlanta, GA 30303
Telephone: 404.881.1300
Facsimile: 404.870.1732
dara.dehaven@ogletreedeakins.com

Attorneys for Defendant CareSouth Health System, Inc.

    /s/ Jerry E. Martin
    JERRY E. MARTIN
    **BARRETT JOHNSTON**
    **MARTIN & GARRISON, LLC**